
FILED
AUG 2 6 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-mJ-1199-RJ

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER DIRECTING ASSISTANCE IN THE INSTALLATION AND USE OF A STATIONARY CAMERA IN THE VICINITY OF POSTAL ANNEX LOCATED AT 2075 N MARINE BLVD, JACKSONVILLE, NC 28546 | APPLICATION |

**APPLICATION FOR AN ORDER DIRECTING ASSISTANCE IN THE INSTALLATION AND USE OF A STATIONARY CAMERA IN THE VICINITY OF POSTAL ANNEX LOCATED AT 2075 N MARINE BLVD, JACKSONVILLE, NC 28546**

Barbara Kocher ("applicant"), an Assistant United States Attorney of the United States Department of Justice, hereby applies to the court for an order, pursuant to 28 U.S.C. §1651, the All Writs Act, directing Duke Energy Progress to assist the United States government in the installation and use of a concealed stationary camera and a cellular air technology receiver in the vicinity of POSTAL ANNEX LOCATED AT 2075 N MARINE BLVD, JACKSONVILLE, NC 28546, and states in support as follows:

1. Applicant is an attorney for the Government as defined in Rule 1(b) of the Federal Rules of Criminal Procedure.

2. The Federal Bureau of Investigation ("FBI") and Naval Criminal Investigative Service ("NCIS") are conducting a criminal investigation of an illicit firearms trafficking organization in the vicinity of the POSTAL ANNEX LOCATED AT 2075 N MARINE BLVD, JACKSONVILLE, NC 28546, in connection with potential violations of Title 18, United States

Code, Section 922(a)(1)(A) (Unlawful Acts).

3. Based on information obtained from electronic communications, source debriefs, and controlled purchases, investigators began targeting an illicit firearms trafficking organization ("FTO") operating in Onslow County, North Carolina and elsewhere. The investigation has revealed that the FTO is utilizing the listed target area as a meeting point for members of the FTO and is suspected to use the target area to facilitate the illegal shipment and transfer of firearms.

4. The FBI and NCIS seek to install a stationary camera and the cellular air technology receiver located near the area of POSTAL ANNEX LOCATED AT 2075 N MARINE BLVD, JACKSONVILLE, NC 28546, owned by Duke Energy Progress. The cellular air technology receiver will receive video transmissions from the camera and transmit them to a law enforcement monitoring station. No audio data will be collected or transmitted. It is anticipated that this visual surveillance will enable the investigators to identify individuals and vehicles involved in the trafficking of illegal firearms at this location. The information likely to be obtained from the camera is thus relevant to the ongoing criminal investigation.

5. Applicant requests that the Court issue an order directing that the owner of the utility poles, Duke Energy Progress, to furnish information, facilities, and technical assistance necessary to unobtrusively accomplish the installation and operation of the pole camera and the cellular air technology receiver. Duke Energy Progress shall be compensated by the FBI for reasonable expenses incurred in complying with the order.

6. Applicant further requests that the Application and Order be sealed until otherwise ordered by the court and that the Order direct Duke Energy Progress and its agents and employees not to disclose to any person the existence of the Application, attached Order, or of the investigation, other than those agents and employees of Duke Energy Progress who require said

2

information to accomplish the services herein requested.

I declare under penalty of perjury that the foregoing is true and correct upon information and belief.

Executed this 20th day of August, 2020.

ROBERT J. HIGDON, JR.
United States Attorney

BY: *Barbara D. Kocher*
BARBARA KOCHER
Assistant United States Attorney
150 Fayetteville St, Suite 2100
Raleigh, North Carolina 27601
Ph.: (919) 856-4806
Fax: (919) 856-4487
E-mail: barb.kocher@usdoj.gov
North Carolina Bar No. 16360